IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**EVERGREEN APARTMENTS, LLC,** **PLAINTIFFS**
a Illinois limited liability company;
**EVERGREEN APARTMENTS, LLC,**
a Delaware limited liability company; and
**FOUNTAINBLEAU MANAGEMENT** NO. 1:13-CV-00157-DMB-DAS
**SERVICES, LLC,** a Louisiana limited
liability company

**V.**

**CITY OF TUPELO, and TUPELO POTW** **DEFENDANTS**

## FINAL JUDGMENT

In accordance with the Memorandum Opinion and Order entered this day, this case is fully and finally **DISMISSED**.

**SO ORDERED**, this 3rd day of June, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**